**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RAMON MUNOZ,

                Plaintiff,              19 **CIVIL** 5267 (JPO)

      -v-                        **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 28, 2020, that the decision of the Commissioner of Social Security be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
         April 29, 2020

                                            **RUBY J. KRAJICK**
                                            _____
                                              Clerk of Court
                          BY:  _____
                                              Deputy Clerk